IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DARO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation;<br><br>    Defendant. | **4:20CV3087**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Anne Marie O'Brien and Kyle Wallor, as counsel of record for Defendant, (Filing No. 25), is granted. Anne Marie O'Brien and Kyle Wallor shall no longer receive electronic notice in this case.

Dated this 11th day of February, 2021.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge