IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DARO, | |
| Plaintiff, | **4:20CV3087** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; | **ORDER** |
| Defendant. | |

After conferring with counsel for the parties,

IT IS ORDERED:

1) Counsel for the parties shall discuss what information must be exchanged to engage in settlement discussions, and they shall serve formal and/or informal discovery requests with responses to be completed on or before August 16, 2021.

2) The parties shall exercise due diligence in exchanging settlement demands or offers.

3) Unless the parties believe such efforts would be futile, the parties shall engage in alternative dispute resolution by no later than October 15, 2021.

4) On or before October 29, 2021, the parties shall contact my chambers to either notify the court that the case is settled or to schedule a conference call for setting a case progression schedule to trial.

5) The clerk shall set an October 29, 2021 internal case management deadline.

Dated this 29th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge