IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DARO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation;<br><br>　　　　　　Defendant. | 4:20CV3087<br><br><br>ORDER |

　　　The court previously set a deadline of October 29, 2021 for the parties to contact chambers to notify the court that the case is settled or to schedule a conference call to set a case progression schedule to trial. (Filing No. 29). The parties have requested an extension so that mediation can occur in early December 2021. Accordingly,

　　　IT IS ORDERED:

1) The parties' joint email motion to extend the deadline is granted.

2) The unexpired case progression deadlines are stayed pending further order of the court.

3) The parties shall engage in alternative dispute resolution by no later than December 23, 2021.

4) On or before January 6, 2022, the parties shall contact my chambers to either notify the court that the case is settled or to schedule a conference call for setting a case progression schedule to trial.

5) The clerk shall set an internal case management deadline for January 6, 2022.

　　　Dated this 28th day of October, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge