IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY DARO, | ) | 4:20-cv-3087 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SERVING DISCOVERY REQUESTS** |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | ) | |
| Defendant. | ) | |

COME NOW, Plaintiff Kimberly Daro, by and through her counsel of record, hereby gives notices that Plaintiff's Third Set of Interrogatories and Plaintiff's Third Set of Request for Production of Documents was served upon Defendant Union Pacific Railroad Company counsel by email on this 10th day of July, 2023.

                KIMBERLY DARO,
                Plaintiff

By:   */s/Corey L. Stull*
       Corey L. Stull, #21336
       Nolan J. Niehus, #27369
       Atwood Law, P.C., L.L.O.
       575 Fallbrook Blvd. Suite 206
       Lincoln, NE 68521
       Telephone: (402) 476-4400
       Fax: (402) 476-4410
       cstull@atwoodlawyers.com
       nniehus@atwoodlawyers.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above and foregoing Plaintiff's Third Set of Interrogatories to Defendant and Plaintiff's Third Set of Request for Production of Documents to Defendant was served upon Defendant on the 10th day of July, 2023 via electronic mail to the following:

Torry N. Garland
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179-1580
tngarlan@up.com
*Attorney for Defendant*

                                                                                                         */s/ Corey L. Stull*
                                                                                                         Corey L. Stull