IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DARO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation;<br><br>　　　　　　Defendant. | **4:20CV3087**<br><br>**JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 112),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Union Pacific Railroad Company are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 8th day of December, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge